912.

*Marion B. Knight, Philip D. Beall, Waller & Meginniss,* for Relators.
*Fred H. Kent,* for Respondent.

Lenore Cross, Appellant, v. Thurley C. Cross, Appellee.

*W. B. Dickenson,* for the Motion.

Lucile Colclough Cairns, individually and as Administratrix of the Estate of Olive C. Colclough, deceased, Appellant, v. D. W. Turner, *et al.,* Appellees.

*J. C. Adkins* and *W. E. Arnow,* for Appellant.
*Baxter & Clayton,* for Appellees.

W. J. Simpson, *et al.,* Appellants, v. M. G. McNair, as Receiver, Etc., Appellee.

*J. J. Canon,* for Appellants.
*Julian C. Calhoun,* for Appellee.

Henry C. Cross, Plaintiff in Error, v. Carter Armstrong, Defendant in Error.

*Raleigh T. Barber* and *D. C. McMullen,* for Plaintiff in Error.

*Shackleford, Ivy, Farrior & Shannon,* for Defendant in Error.

Carol R. Vernon, Appellant, v. Carter Armstrong, Appellee.

*Raleigh T. Barber,* for Appellant.

*Shackleford, Ivy, Farrior & Shannon,* for Appellee.

Jim Lee, Plaintiff in Error, v. State of Florida, Defendant in Error.

*Martin & Martin,* for Plaintiff in Error.

*Cary D. Landis,* Attorney General, and *Roy Campbell,* Assistant, for the State.

State, *ex rel.* Keylarney Corporation, *et al.,* Relators, v. H. F. Atkinson, *et al.,* Respondent.

*Shutts & Bowen* and *E. S. Quick,* for Relators.

*Thos. H. Anderson,* for Respondents.

D. R. Crum, *et al.,* Appellants, v. Richard L. Baily, Appellee.